

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00142-CV

Flavio **ALVAREZ**, M.D.,
Appellant

v.

Martha G. **GARCIA**, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales,
Individually and as Heirs of the Estate of Dalia Hernandez, Deceased,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-10242
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and this cause is REMANDED to the trial court for the entry of the judgment applying the percentage settlement credit calculated in accordance with this opinion. It is ORDERED that appellant, Flavio Alvarez, M.D., recover his costs of this appeal from the appellees, Martha G. Garcia, Judith Rocha, Rosalinda Gonzales, Sylvia Gonzales, Minerva Gonzales, and the Estate of Dalia Hernandez, Deceased.

SIGNED November 26, 2014.

_____
Marialyn Barnard, Justice